UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-754-WBV** |
| **JOSEPH LOPINTO** | **SECTION: "D"** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the Plaintiff's failure to file an objection to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint seeking relief pursuant to 42 U.S.C. § 1983[3] is **DISMISSED WITH PREJUDICE** as malicious.

New Orleans, Louisiana, May 31, 2022.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4. Recognizing Plaintiff's *pro se* status, the Court has liberally construed the pleading.
[2] Recognizing the plaintiff's *pro se* status, the Court has allowed extra time for objections. None have been received.
[3] R. Doc. 1.